FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 18 AM 8: 28

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| JERMAINE JACOB WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Case No. CV406-111 |
| ) | |
| OFFICER ROGERS, SHERIFF ) | |
| AL. ST. LAWRENCE, and ) | |
| COLONEL HOLMES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 18th day of September, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA