FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR -3 AM 9: 01

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JERMAINE JACOB WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV406-111 |
| ) | |
| OFFICER R. ROGERS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Plaintiff has filed a declaration for entry of default. Doc. 13. The United States Marshal sent a request form for waiver of service of summons to defendant (at the Chatham County Detention Center) on December 15, 2006. Doc. 10. The form advised defendant that if he elected to waive service of the summons, he was required to answer or file a Rule 12 motion "within 60 days after 12/15/06." Id. Defendant returned the waiver and acknowledgement on January 30, 2007. Id. Defendant has not filed an answer or Rule 12 motion. Federal Rule of Civil Procedure 55 allows a court to enter a default upon application of a party when the opposing party has failed to plead or defend. Fed. R. Civ. P. 55(a). Entry of default is therefore appropriate at this time. The

Clerk is DIRECTED to enter defendant's default upon the record of this case.

SO ORDERED this 2nd day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA