ORIGINAL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 SEP -6 P 4: 54

CLERK

| | |
|---|---|
| JERMAINE JACOB WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV406-111 |
| ) | |
| OFFICER RONALD LEE ROGERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff has filed two motions for discovery. Docs. 27, 28. Discovery is self-executing under the Federal Rules of Civil Procedure, and plaintiff should direct his discovery requests from defendants (such as interrogatories or requests for production of documents) directly to opposing counsel. Plaintiff does not need Court authorization or approval to commence discovery, so his motions are therefore DENIED.

**SO ORDERED** this 6th day of September, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**